JS-6

FILED
CLERK, U.S. DISTRICT COURT

2/23/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___cw___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PAUL ALLMAN,<br><br>    Plaintiff,<br><br>v.<br><br>ABM ONSITE SERVICES–WEST, INC., *et al.*<br><br>    Defendants. | Case No. 2:16-cv-00513-MWF-AGR<br><br>**ORDER TO DISMISS, WITH PREJUDICE, PLAINTIFF PAUL ALLMAN'S CLAIMS, BOTH INDIVIDUALLY AND AS A CLASS REPRESENTATIVE, AGAINST ALL DEFENDANTS**<br><br>[Joint Stipulation of Dismissal Filed Concurrently Herewith] |

Pursuant to Stipulation between the parties through their counsel of record, and **FOR GOOD CAUSE SHOWN**, it is hereby **ORDERED** that the claims of Plaintiff Paul Allman, asserted in this action, both as an individually named plaintiff and purported class representative set forth in the Complaint, previously filed on December 21, 2015 in the California Superior Court, County of Los Angeles, served on December 28, 2015, and subsequently timely removed to this Court on January 25, 2016 (*see* Court Docket Nos. 1-7), against all Defendants, are hereby dismissed, with prejudice, in their entirety, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules

of Civil Procedure, with each party to bear their own costs and fees connected with this dismissal.

**IT IS SO ORDERED.**

DATED: February 23, 2016  _____
The Honorable Michael W. Fitzgerald
United States District Judge